UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

MEHAKPREET SINGH.

     Petitioner,

v.                                                                                     No. 1:26-CV-290-H

WARDEN, BLUEBONNET
DETENTION FACILITY, et al.,

     Respondents.

### ORDER TO SHOW GROUNDS FOR ADMISSION

The Court is advised by the Clerk of Court that Sukhveer Singh Girn (Counsel), whose name appears on a pleading in this case, is not a member of the Bar of the Northern District of Texas. Accordingly, within 14 days of the date of this Order, Counsel shall either (1) provide satisfactory documentation of Bar membership to the Court and Clerk of Court or (2) apply for membership in the Bar of this Court or for admission pro hac vice for this case.

So ordered on June 16, 2026.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE